UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREAT NORTHERN INSURANCE CO.
a/s/o WILLIAM AND MARILYN CRAWFORD,

    Plaintiff,

v.                                                                 Case No. 08-10395
                                                                 Hon. Lawrence P. Zatkoff

ALTMANS PRODUCTS LLC et al.,

    Defendants.
                                                     /

## ORDER DENYING PLAINTIFF'S MOTION FOR CLARIFICATION OR RECONSIDERATION

This matter is before the Court on Plaintiff's Motion for Clarification or Reconsideration [dkt 39]. On August 5, 2008, this Court granted a Protective Order for the preservation of certain evidence [dkt 38]. Plaintiff's current Motion seeks clarification of this Order, or alternatively, reconsideration pursuant to E.D. Mich. L.R. 7.1(g).

A non-moving party has 14 days to respond to a non-dispositive motion. *See* E.D. Mich. L.R. 7.1(d)(2). Plaintiff failed to raise an objection to the content of the proposed order within this time period. In fact, Plaintiff failed to respond in any matter. If Plaintiff objected to the content of the proposed order, it should have timely filed a responsive pleading.

For the above reasons, it is hereby ORDERED that Plaintiff's Motion is DENIED.

It is FURTHER ORDERED that Plaintiff's Motion to Strike Defendant Precision Brass Services, Inc.'s Sur-Reply [dkt 50] is DENIED as moot.

IT IS SO ORDERED.

                      S/Lawrence P. Zatkoff
                      LAWRENCE P. ZATKOFF
                      UNITED STATES DISTRICT JUDGE

Dated: September 26, 2008

## CERTIFICATE OF SERVICE

     The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on September 26, 2008.

                      S/Marie E. Verlinde
                      Case Manager
                      (810) 984-3290